[No. 15654-7-II. Division Two. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EDWARD ERWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00847-7, James D. Ladley, J., entered January 8, 1992. *Reversed* by unpublished per curiam opinion.

[No. 16045-5-II. Division Two. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LYNN FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00066-9, Leonard W. Kruse, J., entered May 15, 1992. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 16479-5-II. Division Two. December 22, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. LARRY DEAN WINTERS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00957-1, Roger A. Bennett, J., entered October 6, 1992. *Reversed* by unpublished per curiam opinion.

[No. 13648-1-II. Division Two. December 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JOHN BURKHOLDER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 244578R10, Brian M. Tollefson, J., entered January 19, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Morgan, J., and Swanson, J. Pro Tem.